```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    **CRIMINAL NO. 2:89-00262**

**STALIN SIMON**
 **a/k/a STALLINGS SIMON**

<u>MEMORANDUM OPINION AND ORDER</u>

Pending before the court is defendant's motion for an extension of time in which to file his notice of appeal.  (Doc. No. 140).  For good cause shown, that motion is GRANTED.

Defendant wishes to appeal the court's Order of June 30, 2015, granting his motion for a reduction in sentence, pursuant to 18 U.S.C. § 3582(c)(2).  Defendant filed his notice of appeal on July 15, 2015.  Under Federal Rule of Appellate Procedure 4(b)(4), the court may grant an extension of up to thirty days to file a notice of appeal, and such an extension would render defendant's notice of appeal timely in the present case.  For the reasons given in defendant's motion, the court believes that good cause exists for extending the appeal period in this case and, accordingly, defendant's motion is GRANTED.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

IT IS SO ORDERED this 28th day of July, 2015.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge