```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:89-00262-001

STALIN SIMON


### MEMORANDUM OPINION AND ORDER

By letter dated June 11, 2018, provided to his probation officer and forwarded to the undersigned, defendant requested early release from his term of supervised release.  The court has considered defendant's background, his performance while on supervised release, and the recommendation of the United States Probation Office.  The court has also considered the Noncompliance Summary submitted by the Probation Office on July 12, 2018.  Having done so, the court does not believe that defendant is an appropriate candidate for early termination of supervised release and **DENIES** defendant's request.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, and the Probation Office of this court.  The Probation Office should provide a copy to Mr. Simon.

**IT IS SO ORDERED** this 31st day of August, 2018.

ENTER:  David A. Faber

David A. Faber
Senior United States District Judge